IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>    PLAINTIFF,<br><br>-vs-<br><br>WELDON A. YOUNG, JR., et al.<br>    DEFENDANTS | NO. 02 C 8206<br><br>Judge Milton I. Shadur<br><br>PROPERTY ADDRESS:<br>448 BIRCH DR.<br>GLENWOOD, IL 60425<br><br>This is an attempt to collect a debt and any information obtained shall be used for that purpose. |

## MOTION FOR SECOND AMENDED JUDGMENT OF FORECLOSURE

Now comes the Plaintiff, JPMorgan Chase Bank, National Association, by its attorneys, Fisher and Shapiro, LLC, and in support of its Motion for Second Amended Judgment of Foreclosure, states as follows:

1. On November 13, 2002, Plaintiff filed its Complaint for Foreclosure.

2. On February 28, 2003, this Honorable Court entered an order of default against defendant Weldon A. Young, Jr., an order appointing Gerald Nordgren as Special Commissioner and Judgment of Foreclosure.

3. On August 13, 2004 this Honorable Court entered Plaintiff's Amended Judgment of Foreclosure.

4. On October 12, 2004, the defendant filed a bankruptcy petition under the Bankruptcy Code Case Number 04 B 37880. Due to Defendant's failure to make sufficient payments pursuant to the bankruptcy plan, the Bankruptcy Court ordered the stay modified on December 26, 2006, and thereby allowed Plaintiff to resume the mortgage foreclosure.

5. On February 20, 2007, the defendant filed another bankruptcy petition under the Bankruptcy Code Case Number 07 B 02882. Due to Defendant's failure to make sufficient payments pursuant to the bankruptcy plan, the Bankruptcy Court ordered the bankruptcy dismissed on April 1, 2009, and thereby allowed Plaintiff to resume the mortgage foreclosure.

6. On April 15, 2009, the defendant filed another bankruptcy petition under the Bankruptcy Code Case Number 09 B 13306. The Bankruptcy Court ordered the bankruptcy dismissed on August 24, 2009, thereby allowed Plaintiff to resume the mortgage foreclosure.

7. On February 19, 2010, counsel for Plaintiff was instructed by its client to put the foreclosure action on hold due to Loss Mitigation. During the Loss Mitigation hold, the defendant filed another bankruptcy petition on February 25, 2010 under the Bankruptcy Code Case Number 10 B 07578. The Bankruptcy Court ordered the bankruptcy dismissed on May 13, 2010, thereby allowed Plaintiff to resume the mortgage foreclosure.

8. Plaintiff's foreclosure file remained on hold until April 25, 2012, and Plaintiff now wishes to proceed with this foreclosure action.

9. Subsequent to the numerous bankruptcy filings and pursuant to the bankruptcy plans, the Defendant made payments to the Plaintiff that were applied to principal, interest, tax and insurance escrows, all of which were previously declared as unpaid in Plaintiff's Judgment of Foreclosure and Amended Judgment of Foreclosure.

10. In addition, interest has accrued and costs have been advanced by Plaintiff since the filing of the bankruptcies.

11. However, Plaintiff's Judgment of Foreclosure and Amended Judgment of Foreclosure previously entered by this Court no longer reflects the correct amount due to Plaintiff from Defendant because of funds paid pursuant to the bankruptcy plans. Accordingly, those Judgments can no longer be used as an accurate basis for determining the amount due Plaintiff at a subsequent sale.

12. As a result, the total judgment indebtedness as reflected in Plaintiff's Judgment of Foreclosure and Amended Judgment of Foreclosure must be adjusted to reflect payments, interest and advances.

13. Plaintiff's proposed Second Amended Judgment of Foreclosure accurately reflects the total amount due Plaintiff.

Wherefore, Plaintiff respectfully requests that this Court grant its Motion for Second Amended Judgment of Foreclosure in order to reflect payments made, interest accrued and costs advanced during the bankruptcies and enter an order for same.

Respectfully submitted,

JPMorgan Chase Bank, National Association

S/Randal Scott Berg
Randal Scott Berg Bar Number 6277119
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
Telephone: (847) 770-4348
Fax: (847) 291-3434
E-Mail: rberg@fisherandshapirolaw.com