IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHASE MANHATTAN MORTGAGE CORPORATION )
)
            Plaintiff, )
)
      v. )    No. 02 C 8206
)
WELDON A. YOUNG, JR., )
)
            Defendant. )

## MEMORANDUM ORDER

Counsel for the asserted successor in interest to the plaintiff mortgagee in this decade-old and long-since-terminated mortgage foreclosure action has recently filed two motions: Dkt. No. 11 for a substitution of the party plaintiff and Dkt No. 12 for the entry of a second amended judgment. But the final judgment that closed the case on February 28, 2003 did not provide for the retention of jurisdiction, and no jurisdictional basis has been proffered for granting the relief sought, nor is this Court aware of any predicate for doing so. Accordingly Dkt. Nos. 11 and 12 are denied.

_____
    Milton I. Shadur
    Senior United States District Judge

Dated: September 30, 2013